**Order issued August 14, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00615-CV

_____

**BRENT DIRDEN, CHRISTOPHER ST. MARY, DONNA T. MOORE, DAVID B. MOORE, PROVIDENT FUNDING ASSOCIATES, LP D/B/A PROVIDENT HOME LOANS, Appellants**

**V.**

**BRENHAM READY MIX, INC., Appellee**

---

**On Appeal from the 155th District Court**
**Waller County, Texas**
**Trial Court Cause No. 09-12-20105**

---

## MEMORANDUM ORDER

Appellants Brent Dirden and Christopher St. Mary have filed a motion to dismiss the appeal. No opinion has issued, and no party has filed a response to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3, 42.1(c).

Accordingly, we grant the motion and dismiss the appeals of Brent Dirden and Christopher St. Mary. *See* TEX. R. APP. P. 42.1(a)(1). The appeals of Donna T. Moore, David B. Moore, and Provident Funding Associates, LP *d/b/a* Provident Home Loans remain pending.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.